Certificate Number: 03701-ILN-DE-035349760

Bankruptcy Case Number: 18-13770



03701-ILN-DE-035349760

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2021, at 9:04 o'clock AM CST, Vanessa N Russell completed a course on personal financial management given by internet by Glenn Stearns, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   February 9, 2021                    By:      /s/Kathleen B Mills

                                            Name:  Kathleen B Mills

                                            Title:   Financial Educator